**Motion Granted, Appeal Dismissed and Memorandum Opinion filed February 15, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00078-CV

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AND TRAVELERS CASUALTY AND SURETY COMPANY, Appellants**

**V.**

**PAYNE & KELLER COMPANY, BY AND THROUGH ITS DULY APPOINTED RECEIVER, PETER D. PROTOPAPAS, Appellee**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-70875**

## MEMORANDUM OPINION

This appeal is from the denial by operation of law on January 25, 2024 of appellants' motions to vacate the notice of domestication of a foreign order or judgment. *See* Tex. Civ. Prac. & Rem. Code Ann. § 35.003. On February 7, 2024, appellants filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.